1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HERMAN TIEMENS, JR.,

11              Plaintiff,                    No. CIV S-09-0052 FCD EFB P

12       vs.

13    R.L. ANDREASEN, et al.,

14              Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

15    _____/

16          Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17    *See* 42 U.S.C. § 1983.  On July 20, 2010, defendants Andreasen and Khoury moved for summary

18    judgment.  Dckt. No. 27; *see* Fed. R. Civ. P. 56.  On August 7, 2009, the court advised plaintiff

19    of the requirements for opposing a motion pursuant to Rule 56 of the Federal Rules of Civil

20    Procedure and informed plaintiff that failure to file an opposition to such a motion could be

21    considered waiver of any such opposition.  Dckt. No. 13; *see Rand v. Rowland*, 154 F.3d 952,

22    957 (9th Cir. 1998) (*en banc*), *cert. denied*, 527 U.S. 1035 (1999); *Klingele v. Eikenberry*, 849

23    F.2d 409, 411-12 (9th Cir. 1988).

24          On August 4, 2010, plaintiff sought a 30-day extension of time to file an opposition to the

25    motion for summary judgment.  Dckt. No. 29.  The court granted the extension on August 10,

26    2010.  Dckt. No. 31.  Rather than file the opposition within the time provided, however, plaintiff

1

sought an additional extension of 15 days on September 8. 2010.  Dckt. No. 33.  The court

granted the extension but admonished plaintiff that, absent extraordinary circumstances, no

further extensions would be given.  Dckt. No. 34.  The time for filing the opposition to

defendants' motion for summary judgment, as extended by the orders dated August 10 and

September 13, 2010, has passed, and plaintiff has not filed an opposition or statement of no

opposition to the motion.

Plaintiff has been warned that he must file a response to defendants' motion.  Plaintiff

has disobeyed this court's orders.  The appropriate sanction is dismissal without prejudice.

Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.

*See* Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties.  Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

*Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE