IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TIEMENS, JR.,

        Plaintiff,                    No. CIV S-09-0052 FCD EFB P

   vs.

R.L. ANDREASEN, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 16, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Despite an extension of time granted to plaintiff, neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 16, 2011, are adopted in full;

2. Defendants' motion for summary judgment is granted;

3. The Clerk is directed to enter judgment for defendants and close the case.

DATED: March 31, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE